## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| ELIZABETH G. BRADLEY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Case Nos. 19-400L<br>Chief Judge Margaret M. Sweeney |

### PLAINTIFFS' NOTICE REGARDING "GROUP 1" PLAINTIFFS

Plaintiffs file this notice in response to this Court's Order dated April 18, 2022. ECF No. 86. The chart below reflects the current set of claims in "Group 1."

| Claim No. | Plaintiff(s) | Parcel ID |
|---|---|---|
| 2 | Elizabeth G. Bradley | 15-11-19-00-16-018.000 |
| 3 | Denny W. Branham and Roberta Anderson | 11-11-18-01-01-019.000 |
| 4 | David A. Eads and Patricia A. Eads | 11-11-07-03-06-021.000 |
| 8 | Jeffry A. and Jane A. Malkoff | 11-11-07-03-06-020.000 |
| 15 | Paul B. Schafer | 15-14-01-03-05-006.000 |
| 19 | Burnett Partnership LLP and Mimir Partners LLP and Three Feathers Realty Group LLP | 49-02-32-122-007.000-800 |
| 22 | D-Two, Inc. | 49-07-08-125-070.000-801 |
| 25 | Molly McAffee and Deanna Strossner | 49-02-28-124-032.000-800 |
| 30 | Holly R. Wood | 49-02-28-124-038.000-800 |
| 31 | Bennett & Associates Real Estate | 15-11-30-00-00-003.000 |
| 32 | Julie Turner | 49-02-32-101-030.000-800 |

1

2

| 33 | Maxwell Heger | 49-02-32-101-019.000-800 |
| --- | --- | --- |
| 35 | Adrian Murray | 49-07-19-130-014.000-101 |
| 39 | Christina Nelson | 49-02-28-124-047.000-800 |

Respectfully submitted this 2nd day of May, 2022.

               LEWIS RICE LLC

               */s/ Lindsay S.C. Brinton*
               Lindsay S.C. Brinton
               Meghan S. Largent
               Lewis Rice LLC
               600 Washington Avenue, Suite 2500
               St. Louis, Missouri 63101
               (314) 444-7723
               (314) 612-7723 (fax)
               lbrinton@lewisrice.com

               Attorneys for Plaintiffs