## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ELIZABETH G. BRADLEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 19-cv-400 |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### PRAECIPE

ArentFox Schiff LLP ("AFS") hereby withdraws its Motion to Intervene (ECF 84) filed in this matter and further provides notice of filing of its Revised Motion to Intervene, filed contemporaneously with this Praecipe.

Date: May 9, 2022                                            Respectfully submitted,

**ARENTFOX SCHIFF LLP**

By: */s/ James H. Hulme*
    James H. Hulme
    ARENTFOX SCHIFF LLP
    1717 K Street, N.W.
    Washington, DC 20006
    (202) 857-6144
    (202) 857-3695 (fax)
    james.hulme@afslaw.com

*Counsel for ArentFox Schiff LLP*