# In the United States Court of Federal Claims

**No. 19-400 L**
**Filed: April 23, 2026**

```
*************************************
ELIZABETH G. BRADLEY, et al.,      *
            Plaintiffs,            *              JUDGMENT
                                   *
      v.                           *
                                   *
THE UNITED STATES,                 *
            Defendant.             *
*************************************
```

Pursuant to the court's Memorandum Order, filed April 20, 2026, granting-in-part plaintiff's amended motion for attorneys' fees and costs pursuant to the Uniformed Relocation Assistance and Real Property Acquisition Policies Act (URA),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs are awarded $415,326.51 in attorney fees and expenses.

Lisa L. Reyes,
Clerk of Court

By: s/ Ashley Reams
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals fee is $605.00.